UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY EMANUEL JAMES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J.T. RATMAN,<br><br>　　　　　　Respondent. | NO. CV 11-8693-ABC (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a de novo review of those matters to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

　　　　IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/28/13

*Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE