UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURLEY EMANUEL JAMES, | ) | NO. CV 11-8693-ABC (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J.T. RATMAN, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 28, 2013

                                                                   AUDREY B. COLLINS
                                                              UNITED STATES DISTRICT JUDGE